UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:21-CV-00351-FDW-DSC

| | |
|---|---|
| MICHELLE WOOD, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| KILOLO KIJAKAZI, *Acting Commissioner of Social Security*,[1] ) | |
| Defendant. ) | |

THIS MATTER is before the Court on Plaintiff's Motion for Summary Judgment, (Doc. No. 10), and Defendant's Motion to Remand to Social Security Administration, (Doc. No. 12). Plaintiff, through counsel, does not oppose Defendant's Motion to Remand.

For good cause shown, IT IS THEREFORE ORDERED that Defendant's Motion to Remand, (Doc. No. 17), is GRANTED. The final decision of the Commissioner is therefore REVERSED and this matter is REMANDED to the Commissioner for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment, (Doc. No. 10), is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: June 29, 2022

Frank D. Whitney
United States District Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul, as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).